# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:14-cr-00024-MP-GRJ

JACK LEE WRIGHT,

    Defendant.

_____/

## O R D E R

Pursuant to N.D. Fla. Loc. R. 72.3, and by the undersigned's oral directive, this matter was assigned and designated to the Magistrate Judge for the taking of a guilty plea. This matter is now before the Court on Doc. 22, the Magistrate Judge's Report and Recommendation on the guilty plea of Defendant Jack Lee Wright. Based on its review of the Report and Recommendation, to which there has been no timely objections, the Court now finds Mr. Wright to be alert and intelligent, and that he understands the nature of the charge or charges brought against him and the consequences of pleading guilty. The Court also agrees with the Magistrate Judge that the facts the Government is prepared to prove and that Mr. Wright admitted and stated under oath in open court as being true and correct are sufficient to sustain his guilty plea. The undersigned further finds that Mr. Wright's decision to plead guilty is freely, voluntarily, and intelligently made and he has had the advice and counsel of a competent lawyer with whom he has said he is well pleased.

Accordingly, it is hereby

**ORDERED AND ADJUDGED**:

The Court accepts the guilty plea, withholds formal adjudication of guilt, and notes that the sentencing has been set for August 4, 2015, at 11:00 a.m. before the undersigned by

separate notice.

**DONE AND ORDERED** this   *2nd* day of July, 2015

                         *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge